425 A.2d 27

Visnyiczke, etc., et al., Appellants v. Croushore et al.

Argued September 10, 1979. Peter J. Verderame, submitted a brief on behalf of appellants; Richard C. Osterhout, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.

January 25, 1980.

425 A.2d 27

Commonwealth v. Gilliam, Appellant.

September 13, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.